| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| KIMIKO MIRE, *Individually and on Behalf of All Others Similarly Situated*, § § § § § Plaintiff, § § *versus* § § RETAIL MERCHANTS ASSOCIATION § OF PORT ARTHUR, TEXAS *d/b/a RMA* § *Credit Association* and JOHN DOES 1-25, § § Defendants. § | CIVIL ACTION NO. 1:18-CV-448 |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (#10), filed February 7, 2019, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 7th day of February, 2019.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE